UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182** |
| **PERTAINS TO:**<br>*Hanna*, C.A. No. 06-6481 | **SECTION "K" (2)** |

## ORDER

Before the Court is Plaintiff's Motion to Remand (Rec.Doc.No. 1404). Defendant submitted a Statement (Rec.Doc.No. 2297) that it no longer had opposition to remand in light of the Court's recent rulings on 28 U.S.C. § 1369. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand (Rec.Doc.No. 1404) is **GRANTED** and this proceeding is hereby **REMANDED**.

New Orleans, Louisiana, on this  30th  day of January, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE